No. ——. COLACASIDES *v.* MICHIGAN. Application for bail presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. *Joseph W. Louisell* and *Ivan E. Barris* for applicant. *Frank J. Kelley,* Attorney General, and *Robert A. Derengoski,* Solicitor General, for the State of Michigan, in opposition.

No. 1169. ALITALIA-LINEE AEREE ITALIANE, S.P.A. *v.* LISI ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 25. UNITED STATES *v.* ARNOLD, SCHWINN & CO. ET AL. Appeal from D. C. N. D. Ill. (Probable jurisdiction noted, 382 U. S. 936.) Motion of O. M. Scott & Sons Co. for leave to file a brief, as *amicus curiae,* denied. *Thomas A. Rothwell* on the motion. *Harold D. Burgess, Robert C. Keck* and *James G. Hiering* for Arnold, Schwinn & Co., and *Earl E. Pollock* for Schwinn Cycle Distributors Association in opposition to the motion.

No. 1521, Misc. THOMAS *v.* SUPREME COURT OF CALIFORNIA ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Kokolow,* Deputy Attorney General, for respondents.